> FILED
> JAMES J. WALDRON, CLERK
>
> NOV 2 2 2010
> U.S. BANKRUPTCY COURT
> NEWARK, N.J.
> BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>TALLY'S, INC.,<br><br>Debtor | Case No.: _____10-42362_____<br><br>Hearing Date: _____n/a_____<br><br>Judge: _____Morris Stern_____ |

## ORDER FOR RELIEF

The relief set forth on the following page is hereby **ORDERED**.

11/22/10

On consideration of the Involuntary Petition filed on _____October 19, 2010_____
against the above named debtor, it is

ORDERED as follows:

1.    An Order for Relief under Chapter __7__ of Title 11, United States Code,
is hereby entered;

2.    Pursuant to U.S.C. §521, and Fed. R. Bankr. P. 1007, the debtor shall file
a list of creditors, schedule of assets and liabilities, and a statement of
financial affairs within 14 days of the date of this order.

3.    If the Order for Relief is entered under Chapter 11, the debtor shall,
pursuant to Fed. R. Bank. P. 1007(d), file a list of its 20 largest creditors
within two (2) days of the date of this Order.

The petitioning creditor(s) shall serve this order on all parties in interest.

*Rev.12/1/09*