B6F (Official Form 6F) (12/07)

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**Abbey Floor and Window Fashions**<br>**215 South Washington Avenue**<br>**Bergenfield, NJ 07621** | | - | **2010 Purchases** | | | | **1,325.00** |
| Account No.<br>**Creditor #: 2**<br>**Alite Flooring**<br>**45 Rt. 46 East**<br>**Box 636**<br>**Pine Brook, NJ 07058** | | - | | | | | **8,000.00** |
| Account No.<br>**Creditor #: 3**<br>**Amara Associates, LLC**<br>**137 North Prospect Avenue**<br>**Bergenfield, NJ 07621** | | - | **2010 Purchases** | | | | **3,250.00** |
| Account No.<br>**Creditor #: 4**<br>**AT & T**<br>**PO Box 6463**<br>**Carol Stream, IL 60197** | | - | **Telephone** | | | | **1,606.98** |
| **17** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | **14,181.98** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tally's, Inc.**                                                                 ,       Case No.  **10-42362 MS**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 5 Bauer Doors, LLC 44 Spring Valley Road Montvale, NJ 07645** | - | | 2010 Purchases | | | | **5,921.00** |
| Account No. **Cynthia A. Cappell, LLC 21 Main street - Suite 306 Hackensack, NJ 07601** | | | Representing: **Bauer Doors, LLC** | | | | **Notice Only** |
| Account No. **The Fleisig Law Firm, LLC 330 Changebridge Road Suite 101 Pine Brook, NJ 07058** | | | Representing: **Bauer Doors, LLC** | | | | **Notice Only** |
| Account No. **Creditor #: 6 Benjamin Brothers, Inc. 121 N. Summit Street Tenafly, NJ 07670** | - | | 2010 Purchases | | | | **2,700.87** |
| Account No. **Creditor #: 7 Bergen Mobile Concrete 9 Midland Avenue Elmwood Park, NJ 07407** | - | | 2010 Purchases | | | | **2,755.25** |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **11,377.12**

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 8**<br>**Bryan Shaffer**<br>**726 Wyoming Avenue**<br>**Maywood, NJ 07607** | - | | **Damages if any for failure to complete job.** | | X | | **Unknown** |
| Account No.<br>**Creditor #: 9**<br>**C & A Carbone, Inc.**<br>**183 Western Highway**<br>**West Nyack, NY 10994** | - | | **2010**<br>**Purchases** | | | | **7,761.80** |
| Account No.<br>**Creditor #: 10**<br>**C & R Insulators**<br>**71 New Milford Avenue**<br>**Dumont, NJ 07628** | - | | **2009-2010**<br>**Services** | | | | **32,127.00** |
| Account No.<br>**Creditor #: 11**<br>**C & S Stucco and Plaster**<br>**944 Belmont Avenue**<br>**North Haledon, NJ 07508** | - | | **2010**<br>**Services** | | | | **1,600.00** |
| Account No.<br>**Creditor #: 12**<br>**Constantine and Angela Marakas**<br>**611 Sketch Place South**<br>**Ridgefield, NJ 07657** | - | | **Damages, if any, for job left incomplete.** | | | | **Unknown** |

Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **41,488.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 13**<br>**Corporate Collection Services**<br>**PO box 1500**<br>**Henrietta, NY 14467** | | - | **Paychex** | | | | **7,200.00** |
| Account No.<br>**Creditor #: 14**<br>**CRS Stairs**<br>**21 Irene Place**<br>**Wayne, NJ 07470** | | - | **2010**<br>**Purchases** | | | | **3,252.00** |
| Account No.<br>**Creditor #: 15**<br>**Cynthia Urbano**<br>**168 Arundel Road**<br>**Paramus, NJ 07652** | | - | **Damages, if any for job left incomplete** | | | | **Unknown** |
| Account No.<br>**Creditor #: 16**<br>**D E & J Masonry & Framing, LLC**<br>**498 Marion Lane**<br>**Paramus, NJ 07652** | | - | **2010**<br>**Services** | | | | **15,400.00** |
| Account No.<br>**Creditor #: 17**<br>**David and Pernilla Avital**<br>**54 Johnson Ave.**<br>**Englewood Cliffs, NJ 07632** | | - | **Damages if any for failure to complete job.** | | X | | **Unknown** |

Sheet no. __3__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **25,852.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.** , Case No. **10-42362 MS**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 18** <br> **Dykes Lumber Company** <br> **1899 Park Avenue** <br> **Weehawken, NJ 07086** | - | | **2009-2010** <br> **Purchases** | | | | **30,684.00** |
| Account No. <br> **Law Offices of Dennis A. Maycher, PC** <br> **935 River Drive** <br> **Garfield, NJ 07026** | | | **Representing:** <br> **Dykes Lumber Company** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 19** <br> **Dynamic Automotive** <br> **91 S. Washington Avenue** <br> **Bergenfield, NJ 07621** | - | | | | | | **485.43** |
| Account No. **xxxxx xx. xxxxxTE44** <br> **Creditor #: 20** <br> **Enterprise Rent A Car** <br> **PO box 405738** <br> **Atlanta, GA 30384** | - | | | | | | **552.50** |
| Account No. <br> **Creditor #: 21** <br> **Flortec Hardwood Design, Inc.** <br> **293 Maple Road** <br> **West Milford, NJ 07480** | - | | **2010** <br> **Purchases** | | | | **1,600.00** |

Sheet no. **4** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,321.93**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 22**<br>**Frank Vrana Ceramic Tile**<br>**418 Van Dyke Street**<br>**Ridgewood, NJ 07450** | - | | **2010**<br>**Services** | | | | **3,790.00** |
| Account No.<br>**Creditor #: 23**<br>**G-B The Landscapers**<br>**376 Henry Street Apt.#2**<br>**Fairview, NJ 07022** | - | | **2010**<br>**Services** | | | | **4,000.00** |
| Account No.<br>**Creditor #: 24**<br>**Gem Electrical Contracting, LLC**<br>**319 Washington Avenue**<br>**Clifton, NJ 07011** | - | | **2009-2010**<br>**Services** | | | | **70,851.40** |
| Account No.<br>**Creditor #: 25**<br>**General Supply Company, Inc.**<br>**PO box 980**<br>**Edison, NJ 08817** | - | | **2010**<br>**Purchases** | | | | **12,932.89** |
| Account No.<br>**The Kaighn Company**<br>**77 Brant Avenue**<br>**Suite 304**<br>**Clark, NJ 07066** | | | **Representing:**<br>**General Supply Company, Inc.** | | | | **Notice Only** |

Sheet no. **5** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,574.29**

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 26**<br>**George R. Kiefer Tile**<br>**448 High Mountain Road**<br>**North Haledon, NJ 07508** | - | | **2010**<br>**Services** | | | | **7,977.00** |
| Account No.<br>**Creditor #: 27**<br>**Glen Rock Supply, Inc.**<br>**22-09 Rosalie Street**<br>**Fair Lawn, NJ 07410** | - | | **2010**<br>**Purchases** | | | | **6,641.28** |
| Account No.<br>**Creditor #: 28**<br>**Glista Masonry**<br>**28 Church Street**<br>**Elmwood Park, NJ 07407** | - | | **2010**<br>**Services** | | | | **4,400.00** |
| Account No.<br>**Creditor #: 29**<br>**Gluckler & Den Bleyker**<br>**1 Essex Street**<br>**Hackensack, NJ 07601** | - | | **2010**<br>**Purchases** | | | | **2,500.00** |
| Account No.<br>**Creditor #: 30**<br>**Guido's Construction**<br>**123 Union Avenue**<br>**Linden, NJ 07036** | - | | **2010**<br>**Services** | | | | **5,750.00** |

Sheet no. **6** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **27,268.28**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 31**<br>**Helen Heide-Decker**<br>**17 Esmond Place**<br>**Tenafly, NJ 07670** | | - | **Damages, if any, for job left incomplete.** | | | | **Unknown** |
| Account No.<br>**Creditor #: 32**<br>**Herbert & Bertina Tallaksen**<br>**200 Beechwood Road**<br>**Oradell, NJ 07649** | | - | **Salaries and loans made to company. Amount to be determined.** | | | | **Unknown** |
| Account No.<br>**Creditor #: 33**<br>**Ido Ophir**<br>**8 N. Summit Street**<br>**Tenafly, NJ 07670** | | - | **Damamges if any for failure to complete job.** | | X | | **Unknown** |
| Account No.<br>**Creditor #: 34**<br>**J.B.Fireplaces**<br>**NJ** | | - | **Services** | | | | **2,556.00** |
| Account No.<br>**Creditor #: 35**<br>**Jamie M. Masonry and Concrete, Inc.** | | - | **Services** | | | | **10,400.00** |

Sheet no. **7** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,956.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 36**<br>**JDT Construction**<br>**38 Union Road**<br>**Spring Valley, NY 10977** | | - | **2010**<br>**Services** | | | | **1,890.00** |
| Account No.<br>**Creditor #: 37**<br>**John J. Demarest Supply Co.**<br>**31 Nagle Place**<br>**Closter, NJ 07624** | | - | | | | | **Unknown** |
| Account No.<br>**Creditor #: 38**<br>**John Lyons and David Link**<br>**283 Grove Street**<br>**Oradell, NJ 07670** | | - | **Damages if any for failure to complete job.** | | X | | **Unknown** |
| Account No.<br>**Creditor #: 39**<br>**John Manfredonia**<br>**120 Piermont Road**<br>**Cresskill, NJ 07626** | | - | | | | | **3,050.00** |
| Account No.<br>**Creditor #: 40**<br>**Johnson & Son, Inc.**<br>**23 North Woodside Street**<br>**Bergenfield, NJ 07621** | | - | **2010**<br>**Purchases** | | | | **7,183.78** |

Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,123.78**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 41**<br>**Jonas and Vanessa Buzzerio**<br>**5 Secor Rd.**<br>**Saddle River, NJ 07458** | | - | **Damamges if any for failure to complete job.** | | X | | **Unknown** |
| Account No.<br>**Creditor #: 42**<br>**Kelly Helson**<br>**32 La Roche Ave.**<br>**Harrington Park, NJ 07640** | | - | **Damamges, if any, for job left incomplete.** | | | | **Unknown** |
| Account No.<br>**Creditor #: 43**<br>**Kevin and Bonita Stewart**<br>**PO box 5387**<br>**Englewood, NJ 07631** | | - | **Damages if any for failure to complete job.** | | X | | **Unknown** |
| Account No.<br>**Creditor #: 44**<br>**Kimball Midwest**<br>**c/o NACM**<br>**415 S. Shortridge Rd.**<br>**Indianapolis, IN 46219** | | - | | | | | **322.52** |
| Account No.<br>**Creditor #: 45**<br>**KJB Fireplaces**<br>**875 Rt. 17 South**<br>**Ramsey, NJ 07446** | | - | **Services** | | | | **2,149.00** |

Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,471.52**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 46** **Kuiken Brothers** **6-02 Fair Lawn Avenue** **PO Box 1040** **Fair Lawn, NJ 07410** | - | | | | | | **Unknown** |
| Account No. **Creditor #: 47** **Latinos Construction, Inc.** **64 38th Street** **Irvington, NJ 07111** | - | | **2010** **Services** | | | | **32,114.00** |
| Account No. **Creditor #: 48** **Leora Secemski** **468 Kensington Road** **Teaneck, NJ 07666** | - | | **Damages if any for failure to complete job.** | | X | | **Unknown** |
| Account No. **Creditor #: 49** **Levit Bartlett & Swantic** **795 Franklin Avenue** **Franklin Lakes, NJ 07417** | - | | **2009** **Accounting Services** | | | | **18,588.00** |
| Account No. **Creditor #: 50** **Maurice Construction** **36 North Stoughton Street** **Bergenfield, NJ 07621** | - | | **2010** **Services** | | | | **200.00** |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **50,902.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**,   Case No. **10-42362 MS**
                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 51**<br>**Metropolitan Tile**<br>**485 Lafayette Avenue**<br>**Hawthorne, NJ 07506** | | - | **2010 Purchases** | | | | **3,036.70** |
| Account No.<br>**Creditor #: 52**<br>**Michele Kepinski and Paul Berg**<br>**36 Echo Ridge Road**<br>**Saddle River, NJ 07458** | | - | **Damages if any for failure to comlte project** | | X | | **Unknown** |
| Account No.<br>**Creditor #: 53**<br>**Mike Hynekamp**<br>**41 Kent Road**<br>**Hillsdale, NJ 07642** | | - | **Damages, if any, for job left incomplete.** | | | | **Unknown** |
| Account No.<br>**Creditor #: 54**<br>**Norman Staffing**<br>**676 Winters Avenue**<br>**Paramus, NJ 07652** | | - | **Purchases** | | | | **9,009.10** |
| Account No.<br>**Creditor #: 55**<br>**Numax, Inc.** | | - | **Purchases** | | | | **561.28** |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **12,607.08**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 56<br>Paul Keyes Associates<br>11 North Summit Street<br>Tenafly, NJ 07670** | | - | **Property damage** | | | | **Unknown** |
| Account No.<br>**Creditor #: 57<br>Paychex<br>17-17 State Route 208, Suite 350<br>Fair Lawn, NJ 07410** | | - | | | | | **399.00** |
| Account No.<br>**Creditor #: 58<br>Peters Master Painting<br>375 Chelsea Street<br>Paramus, NJ 07652** | | - | **2010<br>Services** | | | | **5,900.00** |
| Account No.<br>**Stuart L. Schneider<br>820 Kinderkamack Road<br>River Edge, NJ 07661** | | | **Representing:<br>Peters Master Painting** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 59<br>Pitney Bowes<br>PO box 856042<br>Louisville, KY 40285** | | - | **2010<br>Purchases** | | | | **412.72** |

Sheet no. __12__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **6,711.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 60** **Quill Corp.** | | - | 2010 Purchases | | | | 1,117.50 |
| Account No. **Creditor #: 61** **R.S. Knapp Co., Inc.** **PO box 234** **Lyndhurst, NJ 07071** | | - | | | | | 1,091.17 |
| Account No. **Creditor #: 62** **Ramapo Wholesalers, Inc.** **54B Kennedy Drive** **Spring Valley, NY 10977** | | - | 2010 Purchases | | | | 8,276.40 |
| Account No. **Creditor #: 63** **Richard Cronenberg/Holtham** **108 Kohout Drive** **Mahwah, NJ 07430** | | - | Job completed. | | | | 0.00 |
| Account No. **Creditor #: 64** **Ridge Supply Corp.** **280 Red Schoolhouse road** **Spring Valley, NY 10977** | | - | 2010 Purchases | | | | 9,450.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **19,935.07**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.** , Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 65**<br>**Rutan Mechanical, LLC**<br>**246 Malcom Avenue**<br>**Garfield, NJ 07026** | - | | **2009-2010**<br>**Services performed** | | | | **30,600.00** |
| Account No.<br>**Philip V. Toronto, Esq.**<br>**249 Boulevard**<br>**Hasbrouck Heights, NJ 07604** | | | **Representing:**<br>**Rutan Mechanical, LLC** | | | | **Notice Only** |
| Account No. **xxxxxx0000**<br>**Creditor #: 66**<br>**SASCO Insurance Services, Inc.**<br>**PO box 400**<br>**Hackettstown, NJ 07840** | - | | **2010**<br>**Insurance** | | | | **12,385.00** |
| Account No.<br>**Creditor #: 67**<br>**Scott Edwards**<br>**304 E. Saddle River Road**<br>**Saddle River, NJ 07458** | - | | **Damages, if any, for job left incomplete.** | | | | **Unknown** |
| Account No.<br>**Creditor #: 68**<br>**Selective Way Insurance company**<br>**40 Wantage Avenue**<br>**Branchville, NJ 07890** | - | | | | | | **Unknown** |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **42,985.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 69** <br> **Soha & Fred Fontaine** <br> **16 Bonn Place** <br> **Weehawken, NJ 07086** | | - | **Damages if any for failure to complete job.** | | X | | **Unknown** |
| Account No. <br> **Creditor #: 70** <br> **Supreme Gutter Supply, LLC** <br> **PO box 8468** <br> **Saddle Brook, NJ 07663** | | - | **2010** <br> **Purchases** | | | | **2,304.80** |
| Account No. <br> **Andrew M. Cimiluca, PC** <br> **1000 Clifton Avenue** <br> **Clifton, NJ 07013** | | | **Representing:** <br> **Supreme Gutter Supply, LLC** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 71** <br> **T & Z Masonry** <br> **233 Boulevard Drive** <br> **Wayne, NJ 07470** | | - | **2010** <br> **Services** | | | | **16,500.00** |
| Account No. <br> **Creditor #: 72** <br> **Tenafly BP** <br> **20 County Road** <br> **Tenafly, NJ 07670** | | - | **2010** <br> **Purchases** | | | | **11,354.90** |

Sheet no. **15** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **30,159.70**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.**, Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 73**<br>**Track Contracting, LLC**<br>**26 Wausau Street**<br>**Ogdensburg, NJ 07439** | | - | **2010**<br>**Services** | | | | **9,308.00** |
| Account No.<br>**Creditor #: 74**<br>**United Motor Parts, Inc.**<br>**1130 Teaneck Road**<br>**Teaneck, NJ 07666** | | - | **2010**<br>**Purchases** | | | | **2,022.52** |
| Account No.<br>**Creditor #: 75**<br>**Upsilon Financial Group, LLC**<br>**175 Broad Avenue**<br>**Fairview, NJ 07022** | | - | | | | | **Unknown** |
| Account No. **xxxxx6015**<br>**Creditor #: 76**<br>**US Department of Labor**<br>**Delinquent Accounts collection**<br>**PO Bo 2422**<br>**Washington, DC 20013** | | - | **2010**<br>**OSHA fines** | | | | **1,522.50** |
| Account No.<br>**Creditor #: 77**<br>**Weather Seal Contracting**<br>**56 Spruce Street**<br>**Oakland, NJ 07436** | | - | **Services** | | | | **10,215.00** |

Sheet no. **16** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **23,068.02**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tally's, Inc.** , Case No. **10-42362 MS**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 78**<br>**William G. Mc Coll and Terri L Mc Coll**<br>**59 Bulger Avenue**<br>**New Milford, NJ 07646** | | - | **Damages if any any for failure to complete job.** | | | | **Unknown** |
| Account No.<br>**Creditor #: 79**<br>**Windham Professionals**<br>**382 Main Street**<br>**Salem, NH 03079** | | - | **2010**<br>**Paychex** | | | | **9,720.00** |
| Account No.<br>**Creditor #: 80**<br>**World Flooring, Inc.**<br>**26 Washington Street #1**<br>**Long Branch, NJ 07740** | | - | **2010**<br>**Purchases** | | | | **1,246.50** |
| Account No.<br>**Creditor #: 81**<br>**Zuidma Portable Toilets**<br>**90 Midland Avenue**<br>**Midland Park, NJ 07432** | | - | **2010**<br>**Purchases** | | | | **5,641.58** |
| Account No. | | | | | | | |

Sheet no. **17** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,608.08**

Total (Report on Summary of Schedules) **475,592.37**